UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MCOM IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VANTAGE BANK TEXAS, <br> Defendant. | Civil Action No. 6:21-cv-00996-ADA |

**UNOPPOSED NOTICE FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

MCOM IP, LLC files this Notice for Extension of Time for Defendant, Vantage Bank Texas to Answer Complaint. Defendant has contacted Plaintiff's counsel and requested a 45-day extension to answer. Plaintiff files this notice unopposed and agreed to allow the extension of time to answer complaint including December 6, 2021.

Respectfully submitted,

**Ramey & Schwaller, LLP**

Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for mCom IP, LLC***

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on October 18, 2021, I conferred with counsel for defendant regarding this extension of time and have no opposition.

/s/ William P. Ramey, III
William P. Ramey, III

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of October 18, 2021, with a copy of the foregoing via email and ECF filing.

/s/ William P. Ramey, III
William P. Ramey, III